**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **NAHUM MEDEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **1:17-cv-5100** |
| | ) | |
| **PIEZANO, LTD. d/b/a PIEZANO'S PIZZA & GRINDER, CO.** | ) | **Hon. Joan Humphrey Lefkow** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>STIPULATION OF DISMISSAL</u>**

Plaintiff and Defendant, by their attorneys, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that effective with filing of this Stipulation of Dismissal, this matter may be dismissed as to Defendant with prejudice.

Dated:  3/12/2018

| | |
|---|---|
| s/Carlos G. Becerra | s/Robert McKenna Winter |
| Carlos G. Becerra | Robert McKenna Winter |
| Becerra Law Group, LLC | Robbins, Salomon & Patt, Ltd. |
| 11 E. Adams St., Suite 1401 | 180 N. LaSalle St., Suite 3300 |
| Chicago, IL 60603 | Chicago, IL 60601 |
| Phone: (312)957-9005 | Phone: (312) 782-9000 |
| Email: cbecerra@law-rb.com | Email: rwinter@rsplaw.com |
| Attorney for Plaintiff | Attorney for Defendant |